# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT MARTIN**                                                                                             **PLAINTIFF**

v.                                           Case No.: 4:20-cv-01361-LPR

**KRISTIE FLUD, Administrator,**
**Lonoke County Detention Center,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Joe J. Volpe, along with objections filed by Mr. Martin. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety. There are three points the Court wishes to emphasize.

The first point is that, based on a *de novo* review of the record, the Court is confident that Judge Volpe's recitation of the facts presents the record in the light most favorable to the Plaintiff. That is, the facts set out in Judge Volpe's Recommendation are undisputed or at least not genuinely disputed by the Plaintiff. (Note in this regard that Plaintiff did not file a response to Defendants' Statement of Material Facts. Nor did Plaintiff respond to any other summary judgment papers.) To the extent any fact was in genuine dispute, Judge Volpe presented such fact in the most pro-plaintiff way that a rational jury could conclude occurred.

Second, and relatedly, it is clear from the context of his Recommendation that Judge Volpe's conclusion that "no defendant acted with deliberate indifference to Mr. Martin's serious medical needs" means that no rational juror could conclude (on the record as it then stood) that any Defendant acted with deliberate indifference to Mr. Martin's serious medical needs. The Court agrees with this no-rational-juror assessment.

Third, nearly a month after Judge Volpe's Recommendation (and nearly three months after Defendants initially filed for summary judgment), Mr. Martin filed an Objection that included additional evidence. The submission of the additional evidence was untimely, and for that reason alone, the additional evidence need not be considered. In any event, consideration of this untimely evidence would not alter the outcome. As Defendants persuasively explain in their Response to Plaintiff's Objection, *see* Doc. 57 at 5–7, this untimely evidence at most suggests that Plaintiff actually had a (non-emergent) gall bladder issue while he was incarcerated. This evidence does not provide any basis for a rational juror to conclude that Defendants were deliberately indifferent to a serious medical need—which of course is something entirely different from negligence or even gross negligence.

Defendants' Motion for Summary Judgment (Doc. 50) is GRANTED. Judgment shall be entered in favor of Defendants Flud, Staley, Maness, and Gibson on all claims against them, and this case will be CLOSED. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order, previous Orders, or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 21st day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE