IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT MARTIN**                                                                                            **PLAINTIFF**

v.                                   **Case No.: 4:20-cv-01361-LPR**

**KRISTIE FLUD, Administrator,**
**Lonoke County Detention Center,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Pursuant to previous Orders filed in this case and the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendants Flud, Staley, Maness, and Gibson on all claims against them. All other claims are dismissed without prejudice. This case is closed. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment or the underlying Orders would not be taken in good faith.

IT IS SO ADJUDGED this 21st day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE